IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00530-BNB

DANA SCOTT COOPER,

Plaintiff,

v.

SGT. LEIBA,
WARDEN KEVIN MILYARD,
C/O MYERS,
C/O LT. GILES,
C/O RICHIE,
LT. CARPENTER, and
CAPT. LOGAN,

Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

## ORDER DISMISSING CASE

Plaintiff Dana Scott Cooper, a Colorado state prisoner, initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On March 14, 2008, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action and directed Plaintiff to submit his claims on a current Court-approved form used in filing prisoner complaints and to file a certified copy of his trust fund account statement.

On March 19, 2008, Plaintiff filed a Letter with the Court requesting that the action be withdrawn. The Court must construe the Letter liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before opposing party serves either an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1). The file will be closed as of March 19, 2008, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is effective as of March 19, 2008, the date Plaintiff filed the Notice in the action.

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed March 6, 2008, is DENIED as moot.

DATED at Denver, Colorado, this 2 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00530-BNB

Dana Scott Cooper
Reg. No. 135056
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk